

FILED
OCT - 8 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUN RUSHING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 21-01940 (UNA) |
| | ) |
| THE STATE OF MICHIGAN, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, who also is known as Alexis Legree, alleges that prosecutors of Kent County, Michigan discriminated against him by "admitting evidence [sic] that was evidence [sic] against

1

someone else." Compl. at 1. As a result, Plaintiff seeks to sue the State of Michigan for $110 trillion.

As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a). There are far too few facts alleged to state a viable legal claim, and certainly too few facts to show an entitlement to an award of $110 trillion. Therefore, the Court will dismiss the complaint without prejudice and will grant the application to proceed *in forma pauperis*. An Order consistent with this Memorandum Opinion will be issued separately.

DATE: October 8, 2021

_____
CARL J. NICHOLS
United States District Judge